QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SERGIO CISNEROS-ESTRADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:04-cr-0119 FCD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING |
| | ) CASE AND EXCLUDING TIME |
| SERGIO CISNEROS-ESTRADA, | ) |
| Defendant. | ) Date:  April 18, 2005 |
| | ) Time:  9:30 a.m. |
| | ) Judge: Hon. Frank C. Damrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant SERGIO CISNEROS-ESTRADA that the status conference scheduled for April 18, 2005, be vacated, that this case be calendared for further status conference on May 16, 2005, in order to permit receipt of further investigation in connection with a potential claim that Mr. Cisneros-Estrada is actually a citizen, and that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq. be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

1      The court is advised that counsel have conferred and that Mr.
2 Hitt has authorized Mr. Staniels to sign this stipulation on his
3 behalf.
4     **IT IS SO STIPULATED.**

Dated: April 15, 2005         /S/ Jason Hitt by jls per auth
                                             Jason Hitt
                                             Assistant United States Attorney

Dated: April 15, 2005         /S/ Jeffrey L. Staniels
                                             Jeffrey L. Staniels
                                           Assistant Federal Defender
                                           Counsel for SERGIO CISNEROS-ESTRADA

**O R D E R**

**IT IS SO ORDERED.**

                      By the Court,

Dated: April 18, 2005         /s/ Frank C. Damrell Jr.
                                             Hon. Frank C. Damrell JR.
                                           United States District Judge