QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SERGIO CISNEROS-ESTRADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>SERGIO CISNEROS-ESTRADA,<br><br>           Defendant. | No. 2:04-cr-0119 FCD<br><br>STIPULATION AND ORDER CONTINUING<br>CASE AND EXCLUDING TIME<br><br>Date:  May 16, 2005<br>Time:  9:30 a.m.<br>Judge: Hon. Frank C. Damrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant SERGIO CISNEROS-ESTRADA that the status conference scheduled for May 16, 2005, be vacated, that this case be calendared for further status conference on June 13, 2005 at 9:30 a.m., in order to permit receipt of further investigation in connection with a potential claim that Mr. Cisneros-Estrada is actually a citizen, and for consultation between counsel in light of that information.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act, 18 U.S.C. § 3161 et. seq. be excluded pursuant to 18 U.S.C.
2  § 3161(h)(8)(A) & (B)(iv).
3      The court is advised that counsel have conferred and that Mr.
4  Hitt has authorized Mr. Staniels to sign this stipulation on his
5  behalf.
6      **IT IS SO STIPULATED.**

8  Dated: May 13, 2005         /S/ Jason Hitt by jls per auth
                                Jason Hitt
9                               Assistant United States Attorney

11 Dated: May 13,, 2005         /S/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
12                              Assistant Federal Defender
                                Counsel for SERGIO CISNEROS-ESTRADA

                          **O R D E R**

16     **IT IS SO ORDERED.**
                       By the Court,

18 Dated: May 13, 2005          /s/ Frank C. Damrell Jr.
                                Hon. Frank C. Damrell JR.
19                              United States District Judge

Stipulation & Order                    2